IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAMELA GREEN individually and
on behalf of others similarly situated                                    PLAINTIFFS

v.                            Case No. 4:14-cv-04074

AMERICAN MODERN HOME
INSURANCE COMPANY                                                          DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to File Motion for Class Certification Under Seal. (ECF No. 38). On October 30, 2014, the Court entered a Stipulated Protective Order. (ECF No. 28). Pursuant to the Order, documents regarding claims submitted by Defendant's insureds and Defendant's proprietary information were to be marked "Confidential." In discovery, Defendant has produced some of these "Confidential" documents, including information concerning its adjusting practices and the claims submitted by its insureds. In support of her Motion for Class Certification, Plaintiff intends to discuss, cite, and attach as exhibits a number of these documents. However, the Court understands that some portions of the Motion for Class Certification and exhibits contain public information that is not covered by the Protective Order.

Because the Motion for Class Certification can be redacted, it is in the best interests of the public for the redacted version of the Motion to be filed on the docket rather than the entire Motion be filed under seal. Accordingly, Plaintiff's Motion to File Motion for Class Certification Under Seal should be and hereby is **DENIED**. Plaintiff is directed to file her Motion for Class Certification on the docket and redact all information that is the subject of the Protective Order. Plaintiff is further directed to provide the Court with an unredacted copy of the Motion.

**IT IS SO ORDERED**, this 1st day of September, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge