IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAMELA GREEN individually and
on behalf of others similarly situated                                                    PLAINTIFFS

v.                               Case No. 4:14-cv-04074

AMERICAN MODERN HOME
INSURANCE COMPANY                                                                          DEFENDANT

## ORDER

Before the Court is Defendant's Motion to File Redacted Portions of Its Memorandum in Opposition to Plaintiff's Motion for Class Certification and to File Certain Confidential Exhibits Under Seal. (ECF No. 48). On October 30, 2014, the Court entered a Stipulated Protective Order. (ECF No. 28). Pursuant to the Order, documents regarding claims submitted by Defendant's insureds and Defendant's proprietary information were to be marked "Confidential." Portions of Defendant's opposition and certain exhibits quote from, refer to, cite to, or are documents and information designated by Defendants as "Confidential" under the terms of the Stipulated Protective Order because they contain confidential and proprietary information about Defendant's adjusting and claims practices and data.

It is in the best interests of the public for the redacted version of Defendant's response be filed on the docket. Accordingly, Defendant's Motion to File Redacted Portions of Its Memorandum in Opposition to Plaintiff's Motion for Class Certification and to File Certain Confidential Exhibits Under Seal (ECF No. 48) should be and hereby is **GRANTED**. Defendant is directed to file its Response redacted on the docket. Defendant is further directed to provide the Court with an unredacted copy of the Response.

**IT IS SO ORDERED**, this 21st day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge