IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAMELA GREEN individually and
on behalf of others similarly situated                                                                PLAINTIFFS

v.                                          Case No. 4:14-cv-04074

AMERICAN MODERN HOME
INSURANCE COMPANY                                                                                      DEFENDANT

**ORDER**

      Before the Court is Plaintiff's Motion to File Plaintiff's Reply Memorandum of Law in Further Support of her Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel Under Seal.  (ECF No. 54).  On October 30, 2014, the Court entered a Stipulated Protective Order.  (ECF No. 28).  Pursuant to the Order, documents regarding claims submitted by Defendant's insureds and Defendant's proprietary information were to be marked "Confidential."  Portions of Plaintiff's Reply Memorandum of Law in Further Support of her Motion for Class Certification and certain exhibits quote from, refer to, cite to, or are documents and information designated by Defendant as "Confidential" under the terms of the Stipulated Protective Order.

      It is in the best interests of the public for the redacted version of Plaintiff's Reply Memorandum of Law in Further Support of her Motion for Class Certification be filed on the docket.  Accordingly, Plaintiff's Motion to File Plaintiff's Reply Memorandum of Law in Further Support of her Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel Under Seal (ECF No. 54) should be and hereby is **GRANTED IN PART**.  Plaintiff is directed to file her Reply redacted on the docket.  Plaintiff is further directed to provide the Court with an unredacted copy of the Reply.

      **IT IS SO ORDERED**, this 30th day of March, 2016.

                                                         /s/ Susan O. Hickey
                                                         Susan O. Hickey
                                                         United States District Judge