IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAMELA GREEN individually and
on behalf of others similarly situated                                        PLAINTIFFS

v.                                              Case No. 4:14-cv-04074

AMERICAN MODERN HOME
INSURANCE COMPANY                                                             DEFENDANT

**ORDER**

Before the Court is Defendant's Unopposed Motion to File Sealed and Redacted Portions of Deposition Transcripts. (ECF No. 58). On October 30, 2014, the Court entered a Stipulated Protective Order. (ECF No. 28). Pursuant to that Order, documents regarding claims submitted by Defendant's insureds and Defendant's proprietary information were to be marked as "Confidential." Defendant now wishes to file under seal portions of deposition transcripts and exhibits that were marked as confidential.

Defendant seeks to file William Heeb's complete deposition transcript, including all exhibits, under seal. The majority of Heeb's deposition transcript was designated as Confidential. Defendant also seeks to file seven exhibits to Saul Solomon's deposition under seal and redact a portion of Solomon's deposition transcript marked as Confidential. The remainder of Solomon's deposition transcript and exhibits which were not designated as confidential, will be filed on the docket.

The Court finds that the Defendant's strong interest in maintaining the confidential information contained in these documents outweighs the interests served by the common-law right of access. *See IDT Corp. v. eBay*, 709 F.3d 1220, 1223 (8th Cir. 2013). Accordingly, Defendant's Unopposed Motion to File Sealed and Redacted Portions of Deposition Transcripts (ECF No. 58) is hereby **GRANTED**. Defendant is directed to file Heeb's complete deposition, including exhibits,

under seal.  Defendant is directed to file Solomon's transcript, unsealed, on the docket.  Defendant may redact the portion of the transcript which has been marked as Confidential.  Exhibits 1-7 of Solomon's deposition may be filed under seal.  Defendant is directed to provide the Court with complete, unredacted copies of the transcripts and exhibits.

    **IT IS SO ORDERED**, this 13th day of June, 2016.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              United States District Judge